**Order entered September 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01176-CR

**HARVEY CATHCART IV, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F-1476880-K**

## ORDER

The State's August 31, 2016 motion for extension of time to file a brief is **GRANTED**, and the State's brief submitted to this Court on August 31, 2016 is **ORDERED** filed as of that date.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE